IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | Cr. No. 8:07-553-HMH |
| vs. ) | |
| ) | **OPINION AND ORDER** |
| Dontarious Rodrqious Sullivan, ) | |
| ) | |
| Movant. ) | |

This matter is before the court on Dontarious Rodrqious Sullivan's ("Sullivan") motion pursuant to 28 U.S.C. § 2255.

On March 14, 2008, the court summarily dismissed a previous § 2255 motion filed by Sullivan on March 13, 2008. In the instant motion filed on April 19, 2008,[1] Sullivan asserts the same claims he asserted in his March 13, 2008, motion.

"[A] prisoner seeking to file a successive [§ 2255 motion] in the district court must first obtain authorization from the appropriate court of appeals." United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003). Otherwise, "[i]n the absence of pre-filing authorization, the district court lacks jurisdiction to consider [a successive § 2255 motion] containing abusive or repetitive claims." Id. Because Sullivan has previously filed a § 2255 motion that was adjudicated on the merits, the instant motion is successive. As Sullivan failed to obtain pre-filing authorization, the court lacks jurisdiction over this successive § 2255 motion, and Sullivan's motion is dismissed. See id.

---

[1] See Houston v. Lack, 487 U.S. 266 (1988).

1

Therefore, it is

**ORDERED** that Sullivan's § 2255 motion is dismissed.

**IT IS SO ORDERED**.

>                                        s/Henry M. Herlong, Jr.
>                                        United States District Judge

Greenville, South Carolina
April 22, 2008

### NOTICE OF RIGHT TO APPEAL

The movant is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.